dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY SMOLENSKY v. ETTA SMOLENSKY.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAE MURRAY, Also Known as PRINCESS MAE MDIVANI v. TIFFANY PRODUCTIONS, INC., and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MADISON INDUSTRIAL CORPORATION v. EMIL HEIMAN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY E. COHEN and Another v. CABCO OWNERS ASSOCIATION, INC., and Others.— Motion to dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY E. COHEN and Another v. CABCO OWNERS ASSOCIATION, INC., and Others.— Motion to dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAE L. BREARTON v. CORA E. DE WITT and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before December 15, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JONAS A. KOERPEL v. AGFA RAW FILM CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANN TONER v. WINSTON W. EHRGOTT and Another, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before December 15, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ROSE G. MURSTEN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAGOBEL DEVELOPMENT CORPORATION v. LORA A. BOND.— Appeal withdrawn, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DANIEL E. BERGER v. FRANK A. GALLAGHER and Others.— Motion to dismiss appeal denied, with leave to renew after substitution of representative of the deceased respondent. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of DOROTHY FROOKS, as Executrix, etc., of BELLE T. WAINWRIGHT, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before October 30, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALEXANDER C. MACGREGOR v. 105 & 117 EAST 102ND STREET CO-OPERATIVE, INC.— Motion to dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.